IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(HUNTINGTON DIVISION)

**CLIFF YUILL,**
    **Plaintiff,**

vs.                                    CIVIL ACTION NO.
                                               3:17-CV-03436

**CAPITAL ONE BANK, N.A.,**
    **Defendants.**

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE FOR CLAIMS AGAINST CAPITAL ONE BANK, N.A.

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Cliff Yuill and Defendant Capital One Bank, N.A. ("Capital One") hereby stipulate that all claims asserted in this litigation or which could have been asserted in this litigation against Capital One are hereby dismissed, with prejudice. Each party shall bear its own costs associated with this litigation.

Dated: December 21, 2017                              Respectfully submitted,

| /s/ Benjamin Sheridan | /s/ Reid S. Manley |
|---|---|
| Benjamin Sheridan (WV Bar No. 11296) | Reid S. Manley (WV Bar No. 9598) |
| Klein & Sheridan, LC | Burr & Forman, LLP |
| 3566 Teays Valley Road | 420 20th Street North, Suite 3400 |
| Hurricane, West Virginia 25526 | Birmingham, AL 35203 |
| Telephone: (304) 562-7111 | Telephone: (205) 458-5439 |
| Facsimile: (304) 562-7115 | Fascimile: (205) 244-5675 |
| E-mail: bsheridan@kswvlaw.com | E-mail: rmanley@burr.com |
| *Counsel for Cliff Yuill* | *Counsel for Capital One* |